**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Darrel Perrien,** | ) | **CASE NO. 1:05 CV 928** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| vs. | ) | |
| | ) | |
| **James Towles, et al.,** | ) | <u>**Judgment Entry**</u> |
| | ) | |
| **Defendants.** | ) | |

    This Court, having issued its Memorandum of Opinion and Order granting the Motion for Summary Judgment of Defendants City of Cleveland, Cleveland Police Department, Sanford Watson, Edward Lohn, Kenneth Busler and James Towles (Doc. 32), hereby enters judgment for defendants.

    IT IS SO ORDERED.

          /s/ Patricia A. Gaughan
          PATRICIA A. GAUGHAN
          United States District Judge

Dated: 5/30/06